CHARLES O. THOMPSON, SB# 139841
  E-Mail: thompsonc@lbbslaw.com
JAMES Y. WU, SB# 213090
  E-Mail: wu@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
Beacon Property Management, Inc.

MICHAEL L. TRACY, SB# 237779
  E-Mail: mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, SB# 227776
  E-Mail: mhutchins@michaeltracylaw.com
**LAW OFFICES OF MICHAEL TRACY**
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: 949.260.9171
Facsimile: 866.365.3051

Attorneys for Plaintiff
Marcelle Qualman

*IT IS SO ORDERED*
*Judge James Ware*
10/19/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARCELLE QUALMAN,<br><br>            Plaintiff,<br><br>       v.<br><br>BEACON PROPERTY MANAGEMENT, INC., A CALIFORNIA CORPORATION; MAINSTAY BUSINESS SOLUTIONS, A UNKNOWN BUSINESS ENTITY TYPE; and Does 1 through 10, inclusive,<br><br>            Defendant. | CASE NO. CV10-03524 JW<br><br>**FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT BEACON PROPERTY MANAGEMENT, INC. TO RESPOND TO COMPLAINT**<br>**[CIVIL LOCAL RULE 6-1(a)]**<br><br>Complaint Filed: August 11, 2010<br>Trial Date: None |

Plaintiff Marcelle Qualman ("Qualman") and Defendant Beacon Property Management, Inc. ("Beacon") (collectively the "Parties"), by and through their undersigned counsel, pursuant to Civil Local Rule 6-1(a), agree and stipulate as follows:

WHEREAS, on September 27, 2010, the Parties filed a Stipulation to extend the time to

October 22, 2010 by which Beacon is to file a responsive pleading in the matter, and they have been engaged in good faith discussions which may resolve the matter between them;

WHEREAS, on October 15, 2010, this matter was reassigned to the Honorable James Ware, and all prior deadlines set by the Court were vacated;

NOW THEREFORE, the Parties agree and stipulate that Beacon shall have through November 19, 2010 to file and serve a responsive pleading in this matter.

**IT IS SO AGREED AND STIPULATED.**

DATED: October 18, 2010     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ James Y. Wu_____
Charles O. Thompson
James Y. Wu
Attorneys for Defendant
Beacon Property Management, Inc.

DATED: October 18, 2010     LAW OFFICES OF MICHAEL TRACY

By: _____/s/ Megan Ross Hutchins_____
Michael L. Tracy
Megan Ross Hutchins
Attorneys for Plaintiff
Marcelle Qualman

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: October 18, 2010     LAW OFFICES OF MICHAEL TRACY

By: _____/s/ Megan Ross Hutchins_____
Michael L. Tracy
Megan Ross Hutchins
Attorneys for Plaintiff
Marcelle Qualman



4812-2153-1143.1                    2                    CV10-03524 JW
FURTHER STIPULATION TO EXTEND TIME
FOR DEFENDANT BEACON PROPERTY MANAGEMENT, INC. TO RESPOND TO COMPLAINT