**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHARLES O. THOMPSON, SB# 139841
  E-Mail: thompsonc@lbbslaw.com
JAMES Y. WU, SB# 213090
  E-Mail: wu@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
BEACON PROPERTY MANAGEMENT, INC.

**LAW OFFICES OF MICHAEL TRACY**
MICHAEL L. TRACY, SB# 237779
  E-Mail: mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, SB# 227776
  E-Mail: mhutchins@michaeltracylaw.com
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: 949.260.9171
Facsimile: 866.365.3051

Attorneys for Plaintiff
MARCELLE QUALMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARCELLE QUALMAN,<br><br>    Plaintiff,<br><br>v.<br><br>BEACON PROPERTY MANAGEMENT, INC., A CALIFORNIA CORPORATION; MAINSTAY BUSINESS SOLUTIONS, A UNKNOWN BUSINESS ENTITY TYPE; and Does 1 through 10, inclusive,<br><br>    Defendant. | CASE NO. CV10-03524 JW<br><br>**THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT BEACON PROPERTY MANAGEMENT, INC. TO RESPOND TO COMPLAINT**<br>**[CIVIL LOCAL RULE 6-1(a)]**<br><br>Complaint Filed:  August 11, 2010<br>Trial Date:  None |

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff MARCELLE QUALMAN ("Qualman") and Defendant BEACON PROPERTY MANAGEMENT, INC. ("Beacon") (collectively the "Parties"), by and through their undersigned counsel, pursuant to Civil Local Rule 6-1(a), agree and stipulate as follows:

WHEREAS, the Parties have agreed to resolve the matter between them;

WHEREAS, the Parties are finalizing documents concerning the resolution of this matter between them;

WHEREAS, Beacon's responsive pleading to Qualman's operative complaint is currently due to be filed on or before November 19, 2010;

WHEREAS, Qualman will file the appropriate dismissal papers of her claims against Beacon, with prejudice, once the resolution of this matter is finalized;

NOW THEREFORE, the Parties agree and stipulate that Beacon shall have through **January 12, 2011** to file and serve a responsive pleading in this matter, if necessary.

**IT IS SO AGREED AND STIPULATED.**

DATED: November 16, 2010          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     /s/ James Y. Wu
CHARLES O. THOMPSON
JAMES Y. WU
Attorneys for Defendant
BEACON PROPERTY MANAGEMENT, INC.

DATED: November 16, 2010          LAW OFFICES OF MICHAEL TRACY

By:     /s/ Megan Ross Hutchins
MICHAEL L. TRACY
MEGAN ROSS HUTCHINS
Attorneys for Plaintiff
MARCELLE QUALMAN

///
///
///

1  Pursuant to General Order No. 45, Rule X, the filer attests that concurrence in the filing of this
2  document has been obtained from counsel for Plaintiff Marcelle Qualman.

4  DATED: November 16, 2010          LEWIS BRISBOIS BISGAARD & SMITH LLP

6                                    By:    /s/ James Y. Wu
                                          CHARLES O. THOMPSON
7                                         JAMES Y. WU
                                          Attorneys for Defendant
8                                         BEACON PROPERTY MANAGEMENT, INC.

11                                 **ORDER**

13           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15  DATED: November 19, 2010          _____
                                      The Honorable James Ware