1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN ROSS HUTCHINS, ESQ., SBN 227776
   MHUTCHINS@MICHAELTRACYLAW.COM
3  LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
   Irvine, CA  92614
5  T: (949) 260-9171
   F: (866) 365-3051
6

7  Attorneys for Plaintiff MARCELLE QUALMAN

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 MARCELLE QUALMAN, an individual          Case No.: CV-10-03524 PVT

12           Plaintiff,                     [~~PROPOSED~~] **ORDER RE REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT BEACON PROPERTY MANAGEMENT, INC. ONLY**

13           vs.

14 BEACON PROPERTY MANAGEMENT, INC.,
   A CALIFORNIA CORPORATION;
15 MAINSTAY BUSINESS SOLUTIONS, A
   UNKNOWN BUSINESS ENTITY TYPE;  and
16 DOES 1 through 10, inclusive,

17           Defendants.

18

19         Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action is

20 dismissed with prejudice as to Defendant Beacon Property Management, Inc. ONLY.

21

22
23 DATED: December 10, 2010            By: _____
                                           UNITED STATES DISTRICT COURT JUDGE
24

-1-