MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff MARCELLE QUALMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLE QUALMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BEACON PROPERTY MANAGEMENT, INC., A CALIFORNIA CORPORATION; MAINSTAY BUSINESS SOLUTIONS, A UNKNOWN BUSINESS ENTITY TYPE;  and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV10-03524-JW<br><br>**[PROPOSED] ORDER RE REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT MAINSTAY BUSINESS SOLUTIONS** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action is

dismissed with prejudice as to Defendant Mainstay Business Solutions.

The Clerk shall close this file.

DATED:   February 3, 2011          By: _James Ware_____
                                   UNITED STATES DISTRICT COURT JUDGE

-1-